# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREA L. GARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-02391 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 29, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 16), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is GRANTED, and this case is hereby REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for additional consideration of the plaintiff's claims.

It is so **ORDERED**.

ENTER this 18th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge